| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Cogburn, Jr., Max O. | 2. Court or Organization U.S. District Court, North Carolina | 3. Date of Report 5/11/2017 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2016 to 12/31/2016 |
| 7. Chambers or Office Address Suite 319, 100 Otis Street Asheville, NC 28801 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Carolina Day School |
| 2. | Board of Governors | Biltmore Forest Country Club, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Town of Biltmore Forest - Board Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit | Secured loan on family business property (1/4 of amount) | P1 |
| 2. | HomeTrust Bank | Secured loan on office building (1/5 of amount) | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cogburn Family Properties, LLC Buncombe Co, NC- Land Holding | A | Rent | P1 | W | | | | | |
| 2. Ranchland Incorporated, Buncombe County, N.C. - Land Holding | A | Rent | P1 | W | | | | | |
| 3. Pisgah View Ranch, Inc. - Operating Business | | None | M | W | | | | | |
| 4. Pisgah Highland Conservancy LLC Buncombe Co NC-Land Holding | | None | M | R | | | | | |
| 5. Lincoln: Whole Life - (No Control) | A | Int./Div. | J | T | | | | | |
| 6. Fuse Science (formerly Double Eagle Stock) | | None | J | T | | | | | |
| 7. Ohio National: Universal Non-Variable (No Control) | C | Int./Div. | L | T | | | | | |
| 8. Merrill Lynch Managed Mutual Fund (H) | | | | | | | | | |
| 9. -AllianzGI NFJ Dividend Value Fund | A | Dividend | J | T | | | | | |
| 10. | | | | | Sold (part) | 05/05/16 | J | A | |
| 11. | | | | | Sold (part) | 07/20/16 | J | B | |
| 12. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 13. -Blackrock Eqty Dividend Fund | A | Dividend | J | T | | | | | |
| 14. | | | | | Sold (part) | 05/05/16 | J | A | |
| 15. | | | | | Sold (part) | 07/20/16 | J | A | |
| 16. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 17. -Columbia Select Large Cap Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 19. | | | | | Sold (part) | 07/20/16 | J | A | |
| 20. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 21.    -Harbor International Fund | | None | | | | | | | |
| 22. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 23. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 24. | | | | | Sold | 10/26/16 | J | C | |
| 25.    -ISHARES TR Russell 2000 | | None | | | Sold | 05/05/16 | J | C | |
| 26.    -Mainstay Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 27. | | | | | Sold (part) | 05/05/16 | J | B | |
| 28. | | | | | Sold (part) | 07/20/16 | J | A | |
| 29. | | | | | Sold (part) | 10/26/16 | J | A | |
| 30.    -Metropolitan West Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 31. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 32. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 33.    -MFS Value Fund | A | Dividend | J | T | | | | | |
| 34. | | | | | Buy (add'l) | 05/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/20/16 | J | A | |
| 36. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 37. -Oppenheimer International Growth Fund | A | Dividend | J | T | | | | | |
| 38. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 39. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 40. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 41. -PNC Small Cap FD I | | None | | | Buy | 05/05/16 | J | | |
| 42. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 43. -SPDR S P Dividend ETF | | None | | | Sold | 05/05/16 | J | C | |
| 44. -T Rowe Price Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 45. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 46. | | | | | Sold (part) | 07/20/16 | J | D | |
| 47. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 48. -The Oakmark International Fund | A | Dividend | J | T | | | | | |
| 49. | | | | | Sold (part) | 05/05/16 | J | B | |
| 50. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 51. | | | | | Buy (add'l) | 10/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Victory Sycamore Small | | None | | | Buy | 07/20/16 | J | | |
| 53. | | | | | Sold (part) | 10/26/16 | J | A | |
| 54. -Western Asset Core Bond Fund | A | Dividend | J | T | | | | | |
| 55. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 56. Merrill Lynch Managed Mutual Fund (IRA) (H) | | | | | | | | | |
| 57. -American Euro Pacific Growth Fund | | None | | | Sold | 10/25/16 | J | B | |
| 58. -Blackrock Eqty Dividend Fund | A | Dividend | J | T | | | | | |
| 59. | | | | | Sold (part) | 07/21/16 | J | A | |
| 60. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 61. | | | | | Sold (part) | 11/22/16 | J | A | |
| 62. -Clearbridge Small Cap Fund | | None | | | | | | | |
| 63. | | | | | Sold (part) | 06/07/16 | J | A | |
| 64. | | | | | Sold | 07/21/16 | J | C | |
| 65. -Dreyfus Appreciation Fund | A | Dividend | | | | | | | |
| 66. | | | | | Sold | 06/07/16 | J | C | |
| 67. -Glenmede Small Cap | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 68. | | | | | Buy (add'l) | 10/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/22/16 | J | A | |
| 70. -Hartford Growth Opportunities Fund | A | Dividend | J | T | | | | | |
| 71. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 72. | | | | | Sold (part) | 10/25/16 | J | A | |
| 73. | | | | | Sold (part) | 11/22/16 | J | A | |
| 74. -Henderson International Opportunities Fund | A | Dividend | | | | | | | |
| 75. | | | | | Sold (part) | 06/07/16 | J | A | |
| 76. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 77. | | | | | Sold | 10/25/16 | J | C | |
| 78. -ISHARES Inc Core MSCI | A | Dividend | J | T | Buy | 06/07/16 | J | | |
| 79. | | | | | Sold (part) | 07/19/16 | J | A | |
| 80. | | | | | Sold (part) | 10/25/16 | J | A | |
| 81. | | | | | Sold (part) | 11/22/16 | J | A | |
| 82. -ISHARES Russell 1000 | A | Dividend | J | T | Buy | 06/07/16 | J | | |
| 83. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 84. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 85. | | | | | Sold (part) | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 87. | | | | | Sold (part) | 11/22/16 | J | A | |
| 88. | | | | | Sold (part) | 11/22/16 | J | A | |
| 89. -John Hancock Disciplined Value Fund | A | Dividend | J | T | | | | | |
| 90. | | | | | Sold (part) | 06/07/16 | J | A | |
| 91. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 92. | | | | | Sold (part) | 11/22/16 | J | A | |
| 93. -Mainstay Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 94. | | | | | Sold (part) | 06/07/16 | J | A | |
| 95. | | | | | Sold (part) | 07/21/16 | J | A | |
| 96. | | | | | Sold (part) | 10/25/16 | J | A | |
| 97. | | | | | Sold (part) | 11/22/16 | J | A | |
| 98. -MFS Value Fund | A | Dividend | J | T | | | | | |
| 99. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 100. | | | | | Sold (part) | 11/22/16 | J | A | |
| 101. -Oppenheimer Internatl | A | Dividend | J | T | Buy | 10/25/16 | J | | |
| 102. | | | | | Sold (part) | 11/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cogburn, Jr., Max O. | 5/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Oppenheimer Rising Dividends Fund | A | Dividend | J | T | | | | | |
| 104. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 105. | | | | | Sold | 06/07/16 | J | C | |
| 106.  -Pioneer Fundamental | A | Dividend | J | T | Buy | 06/07/16 | J | | |
| 107. | | | | | Sold (part) | 11/22/16 | J | A | |
| 108.  -The Oakmark International Fund | A | Dividend | J | T | | | | | |
| 109. | | | | | Sold (part) | 06/07/16 | J | B | |
| 110. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 111. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 112. | | | | | Sold (part) | 11/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts, page 4, lines 1-3.

The first three entries in this section refer to two holding companies and an operating business for a contiguous piece of family owned real estate. The property is owned equally by my three siblings and me. The land is divided into two holding companies, Cogburn Family Properties, LLC and Ranchland Incorporated. The third company, Pisgah View Ranch, Inc. operates a guest ranch on the property. My siblings and I own another separate piece of land, which is held in the Pisgah Highland Conservancy, LLC (see entry 4), the date of purchase was December 23, 2008 and the purchase price was $170,000.00.

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 5/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Max O. Cogburn, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544